UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| HUTCHINSON INDUSTRIES, INC. AND HUTCHINSON S.A., | : | Civil No. 09-1489 (FLW) |
| Plaintiffs, | : | |
| v. | : | ORDER |
| ACCURIDE CORPORATION, | : | |
| Defendant. | : | |

This matter having been opened to the Court <u>sua</u> <u>sponte</u>; it appearing that on October 13, 2009, Defendant Accuride Corporation sent a letter to the Court indicating that the United States Bankruptcy Court for the District of Delaware entered an Order for Relief under Title 11 of the United States Bankruptcy Code; it appearing that pursuant to 11 U.S.C. § 362(a)(1), the filing of bankruptcy entitled Defendant to an automatic stay, which statute prohibits the "continuation . . . of a judicial . . . proceeding against the debtor;" accordingly, for good cause shown,

**IT IS** on this **15th** day of **October 2009**,

**ORDERED** that this matter is administratively terminated pursuant to the issuance of an automatic stay in the Bankruptcy Court; and it is further

**ORDERED** that in the event Plaintiffs are successful in seeking relief from the automatic stay in the Bankruptcy Court, Plaintiff may petition this Court to reopen the case.

/s/ Freda L. Wolfson
Freda L. Wolfson, U.S.D.J.